First case on calendar is Gevorkyan v. Judelson. I see counsel. Good morning to you. Good morning, Your Honor. Ma'am, please. Go right ahead. I represent a panel in this case. What is the purpose of a bail bond, Your Honor? The purpose of a bail bond is to ensure the return of the criminal defendant to the court on all proceedings and to surrender himself to judgment should there be a judgment at the end of the case. The plaintiff in this case sought a bail bond from the defendant on this case. And the bail bond was provided to the plaintiff pursuant to a contract between them. That contract is not an ambiguous contract. It is an unambiguous contract. The contract itself, which sets forth the sole agreement between the parties, does not use the word post. It does not use the word post, but it does use the word execute. Now, the criminal procedure law of the state... Let me ask you this. Can you just explain, under this body of law that does not seem to have very much case law explaining it, what's the difference between posting a bond, executing a bond, and curing it? That's a very good question to which there's no answer at the current time, Your Honor, which is one of the reasons... You can then write on a clean slate. It's one of the reasons we're asking for a certification, but yes. The posting of a bond, which is set forth under CPLL, the criminal procedure law of the state of New York, is the bringing of a bond to the court, having the court accept the bond, having the court act on the bond. The execution of a bond under the contract appears to be the mere signing of the contract papers and the provision of a premium to the bail bond agent. What was the third term you wanted? Posting, execution, procure. I don't know that there's any definition of procuring a bond. I think procuring a bond in this setting means that the bail bondsman agrees to write up a bond. The word execute in the contract is unambiguous? Execute is not ambiguous, but it doesn't relate to the criminal procedure law. That's the problem. The greater issue is that there's no divergence between terms in the contract. The only line in the sand term regarding premiums in this contract comes in the fifth paragraph, which says that if a bond has been provided to the court, and if the court signs the bond, and if the court releases the defendant on bail, either after a hearing or not after a hearing, and if he's out on liberty, and if the company brings him back to court, then they get some money, but they have unearned premiums. The mere fact that the contract says that there are unearned premiums under that situation, in which all of the other things have to have happened beforehand, that is, he's been to a hearing and he's been released, indicates that the defendant's position that they've earned their entire premium by the mere posting of a piece of paper cannot square with the terms of the contract. I'm afraid I'm going to add an additional confusion. You're talking about premiums. Yes, sir. But I think in this case we're talking about a commission, because the bail bondsman does not issue the policy. The bail bondsman procures the policy from the insurance company, right? Well, I don't believe that's the case in this situation, because the insurance company was never directly involved. The bail bondsman acting as the insurance company... Let me ask you this. The sum of money that was paid... Yes. If the defendant had been released, would there be any additional money to pay? No. That means that the money that was paid is both the premium and the commission. I don't know what a commission is in this setting, because that would imply some relationship between the bail bond agent and the insurance company and a split of the fee between them. There is no information about that. The Office of the General Counsel of the Insurance Commissioner, in an unusually opaque opinion, number 101115 said an insurance company pays a bail bonds agent's commission out of the premium. So I don't even know whether we're talking about the premium here or the commission, but it would appear that if your client wouldn't have to pay any additional money if the defendant had been released, it's both. It's both the premium and the commission. I think the insurance law of the State of New York defines the money being paid as a premium, and it sets the statutory limits for the premium. The insurance law... But that doesn't help you. I believe it does, Your Honor. Because what you have paid is the premium. You're required to pay the premium, and... But the premium remains unearned until certain things happen. Well, if you're right, you've proved too much, because in that case you've paid the premium, but if the defendant was not released, you get back the premium, and there's no commission at all, notwithstanding the work that was done by the bail bondsman, which you ask the bail bondsman to do. That's exactly right, because the insurance law of the State of New York sets the premium at a statutory amount. There is no quantum error. There's no earning for however much hard work he does. There's no earning for... And they're not even allowed to charge... Your position is you pay the premium, and you get the premium back if the risk transaction does not transpire. Yes. And if you don't get it back, and the premium goes to the insurance company, which then pays the bail bondsman, the bail bondsman's commission out of the premium. I'm not sure I followed the second part of what you were asking. Well, I mean, the bail bondsman has to get paid by somebody. He is very far from being a pro bono public servant. He's definitely not pro bono, and he's paid by the insurance company, I guess. There's no evidence in the record concerning that. Now, the... My difficulty is I understand your theory. I'm having difficulty seeing how this contract unambiguously provides that answer. So with the district court, I'm saying it's ambiguous to me, and he heard evidence and made factual findings contrary to your position here. So how is this unambiguous in the contract? Okay, so for a contract to be ambiguous,  there is no term in the contract which says when or the earliest point in which the premium is earned. There is only one term in the contract, and that says that the premium remains unearned until, and what it must mean is until exoneration, that is, surrender after judgment, either acquittal, a conviction, or an exoneration of the bail for other reasons. And therefore, since the company can surrender him to the court at any time, after all these events have taken place in which they say they've already earned 100% of their premium, that means that the only term in the contract that really has any meaning is that it's not earned until it's all over, and hence it's not an ambiguous contract because there's no two points to compare the two. What do you mean until it's all over? That would be judgment, acquittal, conviction, or exoneration of bail. You mean nothing is earned until those events? Something is earned. They say that there's unearned premiums. There is plenty of law, New York State insurance law, on how unearned premiums are calculated and whether or not they are earned or unearned, but the 100% is not earned until exoneration of bail after judgment or acquittal. Does the record reflect exactly what a bail bondsman has to do to create a bond? I mean, is it a form that's filled out? The record indicates that this was their form created by them, and it was contrary to other forms. I think Court Exhibit C was another form that actually allowed for return of bail if the person was not released. If this is not a standard form that's used by bail bondsmen sort of around the state, what's the point of certifying it? Because all the New York Court of Appeals would decide is your one case. Well, the question that we're asking doesn't actually relate to this particular form. Can you frame that question for us? Yes, sir. The question that we're asking is listed in the brief, and it is, under Insurance Law 6804, does a bail bondsman earn a premium on a bail bond which has been presented to the court if, without the release of the prisoner, the court denies a bail sufficiency hearing or denies bail? That's the first question. That is on what page of your ____? There were so many questions. There were two questions. The answers are unavailable, but it would be nice to know what pages 22 and 23 are. The second question is, since Insurance Law 6804 does not provide for costs or expenses except for the statutory premium fee, can a bail bondsman be paid for his time and effort? That's the second question also. Or she, or how? Actually can, because the insurance law specifically says that there are no other compensable items other than the statutory amount of the premium, and yet district court engaged in a long discussion of the basically quantum error would issue of how hard the bails might be worth. So it's your position that it's a matter of rule quantum error that's not available? That's correct. You've reserved a couple minutes for a bubble. I have. We hear you then, sir. Thank you, sir. Good morning, Your Honors. My name is Jonathan Svetky. I represent Ira Juddelson. And a lot to discuss here, it appears, from the court's questions. Let me start in reverse here because I think there was some confusion about the question of what documents the bail bondsman must post or submit to the court. And I think counsel was referring to the actual agreement of indemnity in the bail bond contract, whereas the documents that the bail bondsman has to produce to court are the undertaking of bail, which was produced. And there's no question on the record that the documents that had to be posted with the court, executed by the judge, were done so. And that's what triggered the surety hearing here. Our position is, and I don't want to bite off more than I can chew here, but our position is that the contract is unambiguous as to the fact that the bail bond premium is earned upon the execution of the bond, which is stated in both agreements signed by the plaintiff here. Well, it doesn't seem that your customer gets very much for that. Well, I – It's a lot of money. It is a lot of money. There's no disagreement with that. And there's no disagreement, as the court found below. There was a lot of work done. Is this governed by statute? It is governed. Our argument was preliminarily that the statutes, the intertwining statutes of the CPL, as well as the insurance law provide that the bail bond premium is earned upon the posting of the bail with the court. Judge Berman found that the statutes were not that clear on that provision and went to the second evaluation, which was the contract itself, which we argued was unambiguous in our favor. Judge Berman found that, no, you have these provisions at the top of the contract which indicate that, yeah, you get the premium when the bond is executed, but we have these subsidiary paragraphs. I characterize them as – When is the bond executed? The bond is executed with the signing by the bail bondsman and presentation to the court. Now, there can be – I think an argument can be made that it's the court actually signing off on the bond that constitutes the execution and the posting, which occurred here. Do you think that a person, a family member of somebody who's incarcerated, going to a bail bondsman and putting up, say, $150,000 thinks for a moment that they're paying for what amounts to the ministerial filling out of forms and filing them with court? I don't believe in this case that that's at all what happened here. No, but I'm just asking. In general – Your argument would say that that is so. Apparently, the statutory construction in New York State makes that so. It's the nature of the statute, for good or for ill. The legislature determined that we're not going to allow a bail bondsman to charge for individual services, costs, expenses, and whatever. We're going to set up a flat fee here, and that's what he gets, whatever the circumstances. It looks like the bail bond industry doesn't much care about having happy customers. Well, Mr. Drelldelson does, and he's done well by that. He has one unhappy customer in this case, and the record reflects their relationship throughout, which took over a year before the customer asked for the money back. There was an incredible amount of work done, which was documented in the record. Would you concede that your client was exposed to no risk from an insurance standpoint? That's a tougher question. I'll first dodge it, and then I'll try to answer it. Why don't you do it in reverse order? The risk involved with him posting the bond prior to – Well, you just said the bond wasn't posted. The bond is posted because it is submitted to the court. The judge signs off on the bond. The bond is essentially – No one signed off on this bond. The bond was rejected. No, the bond was signed off on, accepted. A cut slip was issued indicating that sufficient bail was produced. The bond was there. The only thing holding up the release of the defendant with the bond posted – Because the bond wasn't – the bond collateral was not acceptable. There is a sequence of events here, and with the precise terms that we're talking about here, the bond is posted and executed when the judge signs it. It's presented to court. The judge signs it. That is the only way that the defendant gets to court in order for the surety hearing. So in a technical, very technical and real sense, that bond is posted, and that bond is in existence. But the purpose of the bond is to ensure the appearance, when required, of an incarcerated defendant. It gets out. She gets out. Here, no one was released. That's exactly correct. And the purpose of the bond – I don't understand how you, from an insurance standpoint, were exposed to any risk at all. It seems to me you're just trying to have your cake and eat it, too. You want to pocket a big fee for essentially achieving nothing for this man. Well, it was not doing nothing, first of all. How about some paperwork? It's documented in the record, and the court found below that there were hundreds of hours put in in order to prepare for this surety hearing and expense. Yes. And the court accepted the testimony as well as evidence that there were expenses. But let me move back to the – Did you use the testimony to fill out this paper? It took them – they had even testimony of the plaintiff. There were hours upon hours of meetings. There were numerous – Who conducts the surety hearing? This is, in this case, a state Supreme Court judge. I understand that. But does the bail bondsman act in that proceeding? Yeah. He acts as a witness in that proceeding. He's the one that helps – A witness, but not as a – No. There were two attorneys in this case. But I don't want to lose sight of the fact of a few things here. One is that the posting of the bond and the purpose of a bond ostensibly is to have the defendant released from jail. There are other circumstances where the posting of the bond does not produce that, and the bond premium is earned, and the bond is posted, and the defendant is not released, such as in INS proceedings, a state defendant who has an INS hold will post bond so that the case can be transferred to federal court for the obtaining of an INS bond, which may or may not occur. The bail bondsman earns the premium in that case. There can be a parole hold. INS is different from the state? Different in the sense – It's different in the sense that he can't go to the INS and ask for bail – No, but – Yes. It's different in the sense that there's no further work to be done for the bail bondsman when the defendant goes to INS court, whereas there is work to be done in preparing for the surety hearing and collecting the documents and collateral that's going to not only convince the judge to release the defendant on the bond, but also to protect the insurer's interest because that collateral is going to be used in the event the defendant flees to reimburse the insurer. Why isn't it your client's interest to fail at the surety hearing? I mean, then you're not assuming the risk of the defendant being released? Well, then you get to bad business practices and a whole other issue there. He's not going to be able to get any additional business if that's his procedure to accept a bail bond on a surety that he knows is going to fail. But in this case, and we're dealing with the specifics here, there was extensive conversation – In fairness to your client, it looks as though a second bond was filed by your client and no additional fee was charged. It might have been outrageous, too, but the fact is he didn't. Yes, I appreciate the court bringing that up, and I think that speaks to the relationship among the parties here and the amount of time and efforts were spent on their behalf. So in the operation of this business, the incentive to get through the surety hearing is to have a reputation. You come work with us. There'll be a surety hearing, and a judge will sign off because we'll have helped you with the collateral, done the work to put the package together. That's correct, and no small – It's assumed hypothetically that instead of spending weeks and weeks filling out these forms, the forms are all completed within an hour, which you still have been entitled to the $125,000. Under the terms of the state law, under the terms of the contract, yes. And I don't know whether it's analogous or not, but attorneys work on contingency fees and personal injury actions. There are criminal cases where attorneys will take a flat fee up front to represent the case, and the work done does not match what the attorneys get on those two cases. Yeah, but in those cases, there's usually an injury or an indictment here. There's no bond. The guy's still sitting in jail. And that is the consequence of both the statute as well as the contract, and it's no small point here that the court found that Ira Judelson, in lengthy conversations with the plaintiffs here, made it clear to them that this was what was at stake here and this was the cost that it was going to be to get to a surety hearing. Do you think it would be useful to certify something to the New York Court of Appeals? I see my time's run out if I can answer the question. You have to. I can't duck that one. Again, I sort of have to talk out of both sides of my mouth here because I initially asked – This probably won't be the first one. I initially proposed to Judge Berman, don't look at this case, certify it to the New York State Court of Appeals. I no longer think that's necessary. Surprised. I think the court – Hypothetically, if we were to certify it, have you provided – I can't recall if you provided in your brief what that question would be. I did not, but I'll tell you what I think would happen because you have a chief judge on the New York State Court of Appeals who was the district attorney of Westchester County, Janet DeFiori. She was also supervising judge in the criminal courts there as well. I have no doubt that she encountered this situation numerous times, and the fact of the matter is that the law in New York State is that the bail bond premium is earned at the posting of the bond. I think that's the route they would go. I think it's unnecessary to go there because Judge Berman's decision, I think, is correct in its interpretation of the contract and the intent of the parties. Before you sit down, let me just ask you one final question. Is quantum merit available here or is it all or nothing? It's – according to the statute, it's all or nothing. Thank you. We'll hear from – Yes, sir. CPLR – I'm sorry, CPO 520.20, which is cited in our brief, is clear that there's no use of the word executed and there's no use of the word procured. It says posted. There is no definition of posted. So counsel's blithe assertion that the law of New York State clearly supports his position is not correct. There is insufficient case law and statutory language to say when a – when the posting is effective and the contract itself contradicts their position that as of a date prior to his release, the entire fee was earned, since it can't square with the unearned premium fifth paragraph of the contract, which says that long after that event has taken place, they still haven't earned 100 percent of their fee. It just can't square with that. And in general, they've relied upon – Sir, but you're not using the word fee. I'm sorry. I meant premium. You said fee and premium. I meant premium there. The commission's been flying around as well, so I'm not sure what it – it's very difficult to get traction when we don't quite have our terms straight. And I apologize for that. It should be premium because premium is the only term that is correctly used in this setting. The premium of $120,000, $260, which interestingly was overcharged in the initial payment by the client, was overcharged by some $300, and that $300 was directed to be returned, which it was, is the sole premium and the sole money at issue in this case. And so if I said fee, that was a mistake. It's your position that quantum merit applies? No, never. Okay. So let's say six months after a defendant was released on bail, he violates conditions of release and is remanded, how do you determine how much money the folks who were behind the bond get? The agreement says that if they violate certain of the rules, they don't get any – there are no unearned premiums. But if the company voluntarily and on its own surrenders them, there is an unearned premium. And how is that computed? There's no way of knowing from the contract. I would guess that that would have to be – in the sense that it would be analysis of how much time was spent. That would have to be some sort of a – I don't know. I really don't know. The contract doesn't set forth how it's done. It just says unearned premiums. You would have to go back to New York State insurance law on unearned premiums. There's a rich case law of how unearned premiums are calculated with regard to total losses before the end of the period, cars that are sold before the end of the – No, that's important because I've got an auto policy for Geico for a year, and I sell the car at six months, so I get the next six months back. Yes, I understand. I don't understand how that – The court didn't delve into the analysis of how an unearned premium is calculated, but there is a rich history in New York State insurance law of how that is done. Thank you both. Thank you. This is the case. Thanks very much. We will reserve decision.